| | |
|---|---|
| DEFENDANT: | Carmen Sanchez |
| YOB: | 1964 |
| COMPLAINT FILED? | _____ Yes   __X__ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes   _____ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSES: | *Counts 1, 2 & 4:* Mail Fraud, 18 U.S.C. § 1341<br>*Count 8:* Conspiracy, 18 U.S.C. § 371 |
| LOCATION OF OFFENSE: | Adams County, Colorado |
| PENALTY: | *Mail Fraud (Counts 1, 2 & 4):* for each violation, NMT twenty years imprisonment and/or NMT $250,000 fine; NMT three years supervised release; $100 special assessment<br>*Conspiracy (Count 8):* NMT five years imprisonment and/or NMT $250,000 fine; NMT three years supervised release; $100 special assessment |
| AGENT: | Dana McKay, Dep't of Education OIG<br>Charlie Beans, U.S. Secret Service |
| AUTHORIZED BY: | Daniel E. Burrows, Special Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  _X_ five days or less ____ over five days          ____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])
  _X_ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:       _ Yes  _X_ No

1