| | |
|---|---|
| DEFENDANT: | Anthony Sanchez |
| YOB: | 1988 |
| COMPLAINT FILED? | _____ Yes   __X____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes   _____ No
   If No, a new warrant is required

OFFENSES:   *Counts 3 & 5:* Mail Fraud, 18 U.S.C. § 1341
   *Count 10:* Student Loan Fraud, 20 U.S.C. § 1097(a)

LOCATION OF OFFENSE:   Adams County, Colorado

PENALTY:   *Mail Fraud (Counts 3 & 5):* for each violation, NMT twenty years imprisonment and/or NMT $250,000 fine; NMT three years supervised release; $100 special assessment
*Student Loan Fraud (Count 10):* NMT five years imprisonment and/or NMT $20,000 fine; NMT three years supervised release; $100 special assessment

AGENT:   Dana McKay, Dep't of Education OIG
   Charlie Beans, U.S. Secret Service

AUTHORIZED BY:   Daniel E. Burrows, Special Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 _X_ five days or less      \_\_\_\_ over five days      \_\_\_\_ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])
  __X__ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _ Yes  X  No

1