| | |
|---|---|
| DEFENDANT: | Sara Sanchez |
| YOB: | 1984 |
| COMPLAINT FILED? | _____ Yes   __X____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes   _____ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSES: | *Count 9:* Student Loan Fraud, 20 U.S.C. § 1097(a) |
| LOCATION OF OFFENSE: | Adams County, Colorado |
| PENALTY: | *Student Loan Fraud (Count 9):* NMT five years imprisonment and/or NMT $20,000 fine; NMT three years supervised release; $100 special assessment |
| AGENT: | Dana McKay, Dep't of Education OIG<br>Charlie Beans, U.S. Secret Service |
| AUTHORIZED BY: | Daniel E. Burrows, Special Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  X   five days or less         ____ over five days         ____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])
   X   will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      _ Yes  X  No

1