AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18-cr-389 WYD |
| | ) | |
| | ) | |
| | ) | |
| CARMEN SANCHEZ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CARMEN SANCHEZ                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ❑ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 1341, Mail Fraud
  18 U.S.C. § 371, Conspiracy

Date:      08/21/2018                                   s/E. Van Alphen, Deputy Clerk
                                                  *Issuing officer's signature*

City and state:      Denver, Colorado                      Jeffrey P. Colwell, Clerk of Court
                                                  *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____ |
|                                   *Arresting officer's signature* |
|                          _____ |
|                                   *Printed name and title* |