**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**  TELEPHONE: (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE  TELECOPIER: (303)335-2178

# M E M O R A N D U M

**TO:**  Jeffrey P. Colwell, Clerk
Attn: Senior Judge Team

**FROM:**  Judge Wiley Y. Daniel

**DATE:**  August 22, 2018

**RE:**  Criminal Case No. **18-cr-00389-WYD**
**UNITED STATES OF AMERICA v. 1. CARMEN SANCHEZ; 2. ANTHONY SANCHEZ; 3. JERAMYAH GONZALEZ, a/k/a JOSEPH PEÑA, a/k/a JOSEPH SANCHEZ; 4. ANDREW SANCHEZ; and 5. SARA SANCHEZ**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.