IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-cr-00389-RBJ-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CARMEN SANCHEZ,

       Defendant.

---

## NOTICE OF APPEARANCE

---

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ Natalie G. Stricklin
       NATALIE G. STRICKLIN
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Natalie_Stricklin@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Daniel E. Burrows, Assistant United States Attorney
E-mail:  daniel.burrows@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Carmen Sanchez  (via U.S. mail)


                                        s/ Natalie G. Stricklin
                                        NATALIE G. STRICKLIN
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Natalie_Stricklin@fd.org
                                        Attorney for Defendant