AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2018 AUG 30 PM 1:50

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-cr-389 WYD |
| JERAMYAH GONZALEZ, a/k/a JOSEPH PEÑA, a/k/a JOSEPH SANCHEZ | ) ) ) ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JERAMYAH GONZALEZ, a/k/a JOSEPH PEÑA, a/k/a JOSEPH SANCHEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1341, Mail Fraud
18 U.S.C. § 1028A(A)(1), Aggravated Identity Theft

Date:  08/21/2018                                                s/E. Van Alphen, Deputy Clerk
                                                                 *Issuing officer's signature*

City and state:  Denver, Colorado                                Jeffrey P. Colwell, Clerk of Court
                                                                 *Printed name and title*

### Return

This warrant was received on *(date)* 8/23/18, and the person was arrested on *(date)* 8/29/18
at *(city and state)* Thornton, CO

Date: 8/29/18

*Arresting officer's signature*

Dana McKay, Special Agent
*Printed name and title*