UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    CARMEN SANCHEZ**,
2.    ANTHONY SANCHEZ,
3.    JERAMYAH GONZALEZ,
4.    ANDREW SANCHEZ,
5.    SARA SANCHEZ,

       Defendants.
_____

**DEFENDANT CARMEN SANCHEZ'S UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE**
_____

       Ms. Carmen Sanchez hereby submits her unopposed motion to modify conditions of release as follows:

       1.    Ms. Sanchez is currently released on a bond. As a condition of release, the Court ordered that Ms. Sanchez have no contact with any person who is or may be a victim or witness in the case, including co-defendants (Doc #22).

       2.    On October 2, 2018, co-defendant, Mr. Andrew Sanchez, filed an unopposed motion to modify the conditions of his release, specifically to allow for contact with Carmen Sanchez (1) for weekly Sunday meals until she moves to Colorado Springs, (2) for phone calls and texts several times a week after she moves to Colorado Springs, and (3) to make arrangements to pay Ms. Sanchez monthly for Mr. Sanchez's car insurance.

3. On October 3, 2018, the Court granted co-defendant Mr. Andrew Sanchez's motion to modify his bond conditions.

4. Ms. Sanchez now seeks identical relief.

5. SAUSA Mr. Daniel Burrows has no objection to the relief requested.

Respectfully submitted,

                            VIRGINIA L. GRADY
                            Federal Public Defender

                            s/ Natalie G. Stricklin
                            NATALIE G. STRICKLIN
                            Assistant Federal Public Defender
                            633 17th Street, Suite 1000
                            Denver, CO  80202
                            Telephone:  (303) 294-7002
                            FAX:  (303) 294-1192
                            Natalie_Stricklin@fd.org
                            *Attorney for Defendant Carmen Sanchez*

CERTIFICATE OF SERVICE

 I hereby certify that on October 3, 2018, I filed the foregoing ***Defendant Carmen Sanchez's Unopposed Motion to Modify Conditions of Release*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all counsel of records:

 Daniel E. Burrows, Assistant United States Attorney
 E-mail:  daniel.burrows@usdoj.gov

 I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

 Carmen Sanchez  (via U.S. mail)

       s/ Natalie G. Stricklin
       NATALIE G. STRICKLIN
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Natalie_Stricklin@fd.org
       *Attorney for Defendant Carmen Sanchez*