UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. **CARMEN SANCHEZ**,
2. ANTHONY SANCHEZ,
3. JERAMYAH GONZALEZ,
4. ANDREW SANCHEZ,
5. SARA SANCHEZ,

  Defendants.
_____

**DEFENDANT CARMEN SANCHEZ'S SECOND UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE**
_____

  Ms. Carmen Sanchez hereby submits her second unopposed motion to modify conditions of release as follows:

  1. Ms. Sanchez is currently released on a bond. As a condition of release, the Court ordered that Ms. Sanchez have no contact with any person who is or may be a victim or witness in the case, including co-defendants (Doc #22).

  2. On October 3, 2018, the Court modified the above condition to allow for weekly contact before Ms. Sanchez moved to Colorado Springs, phone calls, and texts after her move, and contact related to paying joint bills.

  3. On December 3, 2018, co-defendant Andrew Sanchez moved this Court to modify his conditions of release to allow him to visit with Ms. Sanchez over the Christmas holiday. Specifically, that Mr. Sanchez be permitted to go to Ms. Sanchez's

home on December 24, 2018, and then to return to his own home on December 26, 2018.

    4.    Ms. Sanchez now seeks identical relief.   Ms. Sanchez acknowledges that she is under court order not to discuss the case with Mr. Sanchez.

    5.    SAUSA Mr. Daniel Burrows has no objection to the relief requested.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
*Attorney for Defendant Carmen Sanchez*

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on December 3, 2018, I filed the foregoing ***Defendant Carmen Sanchez's Second Unopposed Motion to Modify Conditions of Release*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address and all counsel of records:

  Daniel E. Burrows, Special Assistant United States Attorney
  E-mail:  daniel.burrows@usdoj.gov

   I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Carmen Sanchez  (via U.S. mail)

             s/ Natalie G. Stricklin
             NATALIE G. STRICKLIN
             Assistant Federal Public Defender
             633 17th Street, Suite 1000
             Denver, CO  80202
             Telephone:  (303) 294-7002
             FAX:  (303) 294-1192
             Natalie_Stricklin@fd.org
             *Attorney for Defendant Carmen Sanchez*