UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **CARMEN SANCHEZ**,
2.    ANTHONY SANCHEZ,
3.    JERAMYAH GONZALEZ,
4.    ANDREW SANCHEZ,
5.    SARA SANCHEZ,

        Defendants.
_____

**NOTICE OF DISPOSITION**
_____

        The defendant, Carmen Sanchez, by and through undersigned counsel, Natalie G. Stricklin, hereby notifies this Court that a disposition has been reached in her case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Natalie G. Stricklin
        NATALIE G. STRICKLIN
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Natalie_Stricklin@fd.org
        *Attorney for Defendant Carmen Sanchez*

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address and all counsel of record:

Daniel E. Burrows, Assistant United States Attorney
E-mail:  daniel.burrows@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Carmen Sanchez  (via U.S. mail)

                s/ Natalie G. Stricklin
                NATALIE G. STRICKLIN
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                Natalie_Stricklin@fd.org
                *Attorney for Defendant Carmen Sanchez*