UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **CARMEN SANCHEZ**,
2. ANTHONY SANCHEZ,
3. JERAMYAH GONZALEZ,
4. ANDREW SANCHEZ,
5. SARA SANCHEZ,

        Defendants.
_____

**NOTICE OF DEFENDANT CARMEN SANCHEZ'S CHANGE OF ADDRESS**
_____

The defendant, Carmen Sanchez, by and through undersigned counsel, Natalie G. Stricklin, hereby notifies the Court of a change in her address pursuant to the Order Setting Conditions of Release (Doc. 22). Ms. Sanchez's new address is 6035 Del Paz Drive, Colorado Springs, Colorado 80918.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Natalie G. Stricklin
        NATALIE G. STRICKLIN
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Natalie_Stricklin@fd.org
        *Attorney for Defendant Carmen Sanchez*

CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2019, I filed the foregoing ***Defendant Carmen Sanchez's Notice of Change of Address*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address and all counsel of record:

    Daniel E. Burrows, Assistant United States Attorney
    E-mail:  daniel.burrows@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Carmen Sanchez  (via U.S. mail)

                                      s/ Natalie G. Stricklin
                                      NATALIE G. STRICKLIN
                                      Assistant Federal Public Defender
                                      633 17th Street, Suite 1000
                                      Denver, CO  80202
                                      Telephone:  (303) 294-7002
                                      FAX:  (303) 294-1192
                                      Natalie_Stricklin@fd.org
                                      *Attorney for Defendant Carmen Sanchez*