IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARMEN SANCHEZ,

    Defendant.

---

### Government's Objections to Presentence Report Regarding Carmen Sanchez

---

The government hereby submits the following objections to the presentence report (PSR) prepared with regard to Defendant Carmen Sanchez (ECF No. 128):

<u>Paragraph 23</u>: The government concurs with Defendant's objection that the PSR gives an "overly broad interpretation of the word 'devise.'" (Def. Carmen Sanchez's Objs. 3, ECF No. 130.)

<u>Paragraph 36</u>: **T**he government recognizes that, as the Probation Officer states, "all victim statements provided will be included in each of the defendants' Presentence Reports" in this case. Nonetheless, the government believes it is important to note that it does not believe J.M. and A.M. were victims of any conduct carried out by Defendant Carmen Sanchez. E.S. (Defendant Carmen Sanchez's mother) was the only person whose identity was unlawfully used as part of Defendant Carmen Sanchez's fraud scheme. It was another defendant's conduct that resulted in harm to J.M. and A.M.

<u>Paragraph 87</u>: Paragraph 69 of the PSR indicates that Defendant received a profit of over $90,000 from the sale of her home approximately four months ago. However, it is unclear whether this amount is reflected in Paragraph 87. There is no asset anywhere near that amount. Rather, Paragraph 87 shows only about $1500 in checking accounts. Although the probation officer notes approximately $35,000 in other assets, this is still significantly less than $90,000 and there is no explanation of where the remaining money has disappeared to.

Respectfully submitted this 9th day of April, 2019.

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney