IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARMEN SANCHEZ,

    Defendant.

---

Preliminary Order of Forfeiture for a Personal Money Judgment
Against Defendant Carmen Sanchez

---

    This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court, having read said motion and being fully advised in the premises finds:

    On August 21, 2013, an Indictment charged Defendant Carmen Sanchez in Counts 1, 2, and 4 with violations of 18 U.S.C. § 1341 (2012), and in Count 8 with a violation of 18 U.S.C. § 371 (2012). (Indictment, ECF No. 1.)

    On February 13, 2019, the United States and Defendant Carmen Sanchez entered into a plea agreement, which provides a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C) (2012), 28 U.S.C. § 2461 (2012), and Fed. R. Crim. P. 32.2(b). (*See* ECF No. 108.)

    Therefore, it is ordered decreed and adjudged:

    That $24,978.95 is subject to forfeiture as proceeds obtained by Defendant Carmen Sanchez through commission of the offense in Count 1, to which she has

pleaded guilty.

That a preliminary order of forfeiture for a personal money judgment against Defendant Carmen Sanchez in the amount of $24,978.95 shall be entered in accordance with §§ 981(a)(1)(C) and 2461. Pursuant to Fed. R. Crim. P. 32.2(b), this forfeiture money judgment shall become final as to Defendant Carmen Sanchez at the time of sentencing and shall be made part of the sentence and included in the judgment.

That this preliminary order of forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

SO ORDERED this 12th day of April, 2019.

By the Court

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge