**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARMEN SANCHEZ,

    Defendant.

## Motion for Guideline Adjustment

    Consistent with its obligations under its plea agreement with Defendant Carmen Sanchez, the government hereby notifies the Court that said defendant has assisted in the prosecution of her own misconduct by timely notifying authorities of her intention to enter a plea of guilty. This acceptance of responsibility has permitted the government to avoid preparing for trial and has permitted both the government and the Court to allocate their resources efficiently.

    WHEREFORE, the government requests that the Court decrease Defendant Carmen Sanchez's guideline calculation by one offense level, pursuant to U.S. Sentencing Guidelines Manual § 3E1.1(b) (U.S. Sentencing Comm'n 2018).

    Respectfully submitted this 19th day of April, 2019.

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney