# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-cr-00389-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARMEN SANCHEZ, and

2. ANTHONY SANCHEZ,

    Defendants.

## Motion to Dismiss Counts

    Consistent with its obligations under its plea agreement with Defendant Carmen Sanchez, the United States hereby moves to dismiss, with prejudice, Counts 2 and 4 of the Indictment (ECF No. 1), effective at the conclusion of Defendant Carmen Sanchez's sentencing hearing.

    Also, consistent with its obligations under its plea agreement with Defendant Anthony Sanchez, the United States hereby moves to dismiss, with prejudice, Counts 3 and 5 of the Indictment, effective at the conclusion of Defendant Anthony Sanchez's sentencing hearing.

    Respectfully submitted this 19th day of April, 2019.

*Jason R. Dunn*
U.S. Attorney


s/ Daniel E. Burrows
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney