IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Criminal Action: | 18-cr-00389-RBJ | Date: April 30, 2019 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Meaghan Mills |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Daniel E. Burrows* |
| v. | |
| 1. CARMEN SANCHEZ<br>**Defendant** | *Natalie G. Stricklin* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     8:32 a.m.

Appearances of counsel.

Defendant present on bond.

Argument given on sentencing.

Objectives addressed.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [143] Motion for a Non-Guideline Sentence is **DENIED.**

[144] Motion for a Downward Departure Pursuant to U.S.S.G. § 5H1.6 is **DENIED.**

**ORDERED:**  [149] Motion for Guideline Adjustment is **GRANTED.**

[150] Motion to Dismiss Counts is **GRANTED.**

Defendant shall be **imprisoned** for **12 months and 1 day** as to Counts One and Eight of the Indictment, to run concurrent.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **2 years** as to each count, to run concurrent.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

**ORDERED:**  **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee per count, to be paid immediately. **Restitution** in the total amount of **$35,174.65.**

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Forfeiture addressed.

**ORDERED:**  Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons.

**Court in recess:** 9:35 a.m.          Hearing concluded.          Total time:     01:03