IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:18-cr-00389-RBJ-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARMEN SANCHEZ,
        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant, CARMEN SANCHEZ, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to FCI Victorville Medium II SCP, 13777 Air Expressway Boulevard, Victorville, CA, 92394, on May 17, 2019, by 2:00 p.m. and will travel at her own expense.

        DATED at Denver, Colorado, this 6th day of May, 2019.

BY THE COURT:

_____
R. Brooke Jackson,
United States District Judge